AO 72A
(Rev. 8/82)

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| CLAUDIO MORALES, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:18-cv-106 |
| v. | * | |
| WARDEN EDGE, | * | |
| Respondent. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 21. Petitioner Claudio Morales ("Morales") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **DISMISSES without prejudice** Morales's 28 U.S.C. § 2241 Petition for failure to follow this Court's Orders. In the alternative, the Court **GRANTS** Respondent's unopposed Motion to Dismiss and **DENIES as moot** Morales's Petition. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

Additionally, the Court **DENIES** Morales *in forma pauperis* status on appeal.

**SO ORDERED**, this 22 day of May, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2